IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HON C. LAU,

                Petitioner,               No. 2:10-cv-3364 KJN P

    vs.

STATE OF CALIFORNIA,

                Respondent.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        The application attacks a conviction issued by the Los Angeles County Superior Court.  While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, <u>see</u> <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County.  <u>Id</u>. at 499 n.15; 28 U.S.C. § 2241(d).

        Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

        1.  This court has not ruled on petitioner's application to proceed in forma pauperis; and

2.  This matter is transferred to the United States District Court for the Central District of California.

DATED:  December 27, 2010

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

lau3364.108

2