# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HON C. LAU,<br><br>        Petitioner,<br><br>        v.<br><br>STATE OF CALIFORNIA,<br><br>        Respondent. | NO. CV 10-10043 JSL (FMO)<br><br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: Jan 25, 2011.

*/s/ Spencer Letts*

_____
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE